# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEON R. BRAXTON,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-17-277-R |
| | ) |
| **NORTEK AIR SOLUTIONS, LLC,** | ) |
| a limited liability company doing | ) |
| business in Oklahoma, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with this Court's order entered today, judgement is hereby entered in favor of Defendant.

Entered this 4th day of April, 2018.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE